

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, P.O. Box 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6384

September 7, 2010

VIA ECF AND REGULAR MAIL
Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S.P.O. & Cthse Bldg.
Rm 311
Newark, New Jersey 07101

Re: **Acetylene Supply Company v. Indiana Oxygen Company, Inc.**
Case No. 10-CV-3672 (KSH)

Dear Judge Hayden:

This firm represents plaintiff Acetylene Supply Company ("ASCO") in the above-referenced matter. Please accept this letter as ASCO's request that the motion to dismiss ASCO's New Jersey Consumer Fraud Act claim and to transfer venue to the United States District Court for the Southern District of Indiana presently scheduled to be heard on Friday, September 20, 2010 (the "Motion") be hereby adjourned until Monday, October 4, 2010, and that the dates for opposition and reply papers be extended accordingly. Please be advised that I have spoken with counsel for Indiana Oxygen Company, Inc. and they have consented to this adjournment request.

Thank you for your consideration in this matter.

Respectfully submitted,

HILL WALLACK LLP

Thomas W. Halm, Jr.

TWH/lm
cc: All Counsel of Record (via electronic mail)
Michael Limrick, Esq. (via electronic mail)

*Request Granted.
So Ordered.
Katharine S. Hayden, USDJ
Date: 9/21/10*

17 Gordon's Alley, Atlantic City, NJ 08401 | 777 Township Line Road, P.O. Box 1150, Newtown, PA 19067